DENELL CAVER #T-10792
Name and Prisoner/Booking Number

CALIPATRIA STATE PRISON
Place of Confinement

P.O. BOX 5004
Mailing Address

CALIPATRIA, CA 92233
City, State, Zip Code

**FILED**

JAN 05 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ AMC _____
        DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

DENELL CAVER
(Full Name of Plaintiff)        Plaintiff,

v.

(1) E. CORTER
(Full Name of Defendant)
(2) D. BAKER
(3) J. AVILA
(4) . VERE (FIRST INITIAL UNKNOWN)
            Defendant(s).
☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:23-CV 0018-DMC PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: CSP SACRAMENTO

Revised 3/15/2016                    1

## B. DEFENDANTS

1. Name of first Defendant: __E. CORTER__. The first Defendant is employed as: __CORRECTIONAL OFFICER__ at __CSP SACRAMENTO__.
   (Position and Title)   (Institution)

2. Name of second Defendant: __D. BAKER__. The second Defendant is employed as: __SERGEANT__ at __CSP SACRAMENTO__.
   (Position and Title)   (Institution)

3. Name of third Defendant: __J. AVILA__. The third Defendant is employed as: __CORRECTIONAL OFFICER__ at __CSP SACRAMENTO__.
   (Position and Title)   (Institution)

4. Name of fourth Defendant: __. VERE (FIRST INITIAL UNKNOWN)__. The fourth Defendant is employed as: __CORRECTIONAL OFFICER__ at __CSP SACRAMENTO__.
   (Position and Title)   (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __2__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __D. CAVER__ v. __E. Gomez et. al__
      2. Court and case number: __1:11 CV 01025 SKO PC__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __SETTLED__

   b. Second prior lawsuit:
      1. Parties: __D. CAVER__ v. __J. CEBALLOS et al.,__
      2. Court and case number: __1:16 CV 001805 BAM PC__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __SETTLED__

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

DEFENDANTS
5. M. SAETEURN, C.O. AT CSP SACRAMENTO
6. A. GONZALEZ, SERGEANT AT CSP SACRAMENTO
7. J. WOODS, SERGEANT AT CSP SACRAMENTO

2(B)

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __8TH AMENDMENT__

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1. ON APRIL 14, 2022 AT 5:54 PM, CSP SACRAMENTO, FACILITY B, BUILDING 5, MY CELL DOOR WAS OPENED AND I WAS TOLD TO GO TO THE ROTUNDA TO PICK UP MY PROPERTY.

   2. I WALKED INTO THE ROTUNDA AND SERGEANT D. BAKER, C.O. E. CORTER AND C.O. L. SAELEE WERE STANDING IN THE ROTUNDA WITH MY PERSONAL PROPERTY. C.O. L. SAELEE STATED TO ME THAT MY T.V. WAS CONFISCATED BECAUSE IT WAS ALTERED.

   3. I SIGNED THE CDCR FORM 1083 AND STARTED TO PICK UP MY PROPERTY TO TAKE TO MY CELL. AFTER PUTTING 1 OF 3 BOXES IN MY HOUSING SECTION I ATTEMPTED TO PICK UP A SECOND BOX WHEN SERGEANT D. BAKER STEPPED IN FRONT OF ME AND STATED "WHAT'S WITH THE ANGRY BODY LANGUAGE".

   4. I STATED "DON'T WORRY ABOUT IT", SERGEANT D. BAKER THEN TOLD C.O. E. CORTER AND C.O. L. SAELEE "TAKE BACK HIS PROPERTY AND PUT HIM IN HIS CELL". C.O. E. CORTER PUT ME IN HAND CUFFS AND C.O. L. SAELEE RETRIEVED THE FIRST BOX I PUT IN MY HOUSING SECTION. CONTINUED ON NEXT PAGE →

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   BRUISES, BACK, NECK, ARM AND LEG PAIN

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated. _____
_____.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other. _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?     ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?     ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

5. I THEN STATED TO SERGEANT D. BAKER THAT SHE CAN'T CONFISCATE MY PROPERTY BECAUSE I ALREADY SIGNED FOR IT.

6. AT THAT POINT C.O. E. CORTER SLAMMED ME INTO THE CONCRETE FLOOR WHILE I WAS HANDCUFFED AND THEN KNEED ME IN THE BACK AND PRESSED MY FACE INTO THE CONCRETE FLOOR.

7. AT THAT POINT THE BUILDING ALARM STARTED TO SOUND AND C.O. J. AVILA, C.O. VERE, C.O. M. SAETEURN, ~~[redacted]~~, SERGEANT A. GONZALEZ AND SERGEANT WOODS RAN INTO THE BUILDING.

8. C.O. J. AVILA, C.O. VERE, C.O. M. SAETEURN AND ~~[redacted]~~ PICKED ME UP OFF OF THE FLOOR AND STARTED SAYING "YOU THINK YOUR A BAD ASS" AND THEN ALL ~~[redacted]~~ C.O.'S SLAMMED ME BACK ON THE CONCRETE FLOOR AND BEGAN KNEEING ME IN THE BACK, RIB AND SHOULDER AREA AND PRESSING MY FACE INTO THE CONCRETE FLOOR.

9. I WAS THEN PUT IN LEG RESTRAINTS AND WALKED TO A HOLDING CAGE WERE ALL MY CLOTHES WERE CUT OFF WITH A PAIR OF SCISSORS AND I WAS PUT IN THE HOLDING CAGE NAKED WITH THE HAND CUFFS AND LEG RESTRAINTS LEFT ON, WHICH WERE SO TIGHT THEY BEGAN TO CUT OFF CIRCULATION TO MY HANDS AND FEET.

10. I WAS HELD IN THE CAGE FOR 2 HOURS NAKED AND THEN ESCORTED BACK TO MY CELL.

11. THE STATED DEFENDANTS IN PARAGRAPHS ONE THROUGH TEN WERE STATE EMPLOYEES ACTING UNDER STATE LAW AT ALL TIMES RELEVANT HEREIN.

4.

I DECLARE UNDER PENALTY OF PERJURY THE STATED FACTS ARE TRUE AND CORRECT UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

EXECUTED ON THE 28TH OF DECEMBER, 2022.

_Denell Caver_  DATE: 12-28-22

DENELL CAVER # T-10792

## 1ST CAUSE OF ACTION

PLAINTIFF ALLEGES THAT DEFENDANT C.O. E. CORTER ACTED WITH UNREASONABLE, UNNECCESSARY AND WANTON EXCESSIVE FORCE AGAINST THE PLAINTIFF WHEN HE SLAMMED ME ON THE CONCRETE FLOOR WHILE HANDCUFFED AND THEN KNEED ME IN THE BACK AND PRESSED MY FACE INTO THE CONCRETE FLOOR IN VIOLATION OF THE EIGHTH AMENDMENTS LAW AGAINST CRUEL AND UNUSUAL PUNISHMENT.

## 2ND CAUSE OF ACTION

PLAINTIFF ALLEGES THAT DEFENDANT SERGEANT D. BAKER FAILED TO INTERVENE WHEN C.O. E. CORTER BEGAN KNEEING PLAINTIFF IN THE BACK AND PRESSING PLAINTIFFS FACE INTO THE CONCRETE FLOOR AND FAILED TO INTERVENE WHEN C.O. J. AVILA, C.O. VERE, C.O. M. SAETEURN BEGAN KNEEING PLAINTIFF IN THE BACK, RIB AND SHOULDER AREA AND PRESSING PLAINTIFF'S FACE INTO THE CONCRETE FLOOR IN VIOLATION OF THE EIGHTH AMENDMENTS LAW AGAINST CRUEL AND UNUSUAL PUNISHMENT.

## 3RD CAUSE OF ACTION

PLAINTIFF ALLEGES THAT DEFENDANTS C.O. J. AVILA, C.O. VERE, C.O. M. SAETEURN ~~[scribbled out]~~ ACTED WITH UNREASONABLE, UNNECESSARY AND WANTON EXCESSIVE FORCE AGAINST THE PLAINTIFF WHEN THEY SLAMMED ME ON THE CONCRETE FLOOR WHILE HANDCUFFED AND THEN KNEED ME IN THE BACK, RIB AND SHOULDER AREA AND THEN PRESSED MY FACE INTO THE CONCRETE FLOOR AND THEN CUT OFF MY CLOTHES AND PUT ME IN THE HOLDING CAGE NAKED FOR 2 HOURS IN INCLIMATE WEATHER IN VIOLATION OF THE EIGHTH AMENDMENTS LAW AGAINST CRUEL AND UNUSUAL PUNISHMENT.

## 4TH CAUSE OF ACTION

PLAINTIFF ALLEGES THAT DEFENDANTS SERGEANT A. GONZALEZ AND SERGEANT J. WOODS FAILED TO INTERVENE WHEN C.O. J. AVILA, C.O. VERE, C.O. M. SAETEURN ~~[scribbled out]~~ BEGAN TO KNEE ME IN THE BACK, RIB AND SHOULDER AREA AND PRESSED MY FACE INTO THE CONCRETE FLOOR AND THEN CUT OFF ALL MY CLOTHES AND THEN PUT ME IN THE HOLDING NAKED FOR 2 HOURS IN VIOLATION OF THE EIGHTH AMENDMENTS LAW AGAINST CRUEL AND UNUSUAL PUNISHMENT.

# CLAIM III

1. State the constitutional or other federal civil right that was violated _____

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: THE PLAINTIFF RESPECTFULLY REQUESTS THE COURT TO MAKE THE DEFENDANTS PAY THE PLAINTIFF COMPENSATORY AND PUNITIVE DAMAGES FOR VIOLATING THE PLAINTIFF'S CIVIL RIGHTS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-28-22
DATE

[signature]
SIGNATURE OF PLAINTIFF

NONE
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

NONE
(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

TO: CLERK OF THE COURT,

I ATTEMPTED TO FILE THIS 1983 VIA E-FILE SERVICE AND WAS TOLD BY THE LAW LIBRARIAN THAT THIS FACILITY DOESN'T DO E-FILE SERVICE.

D. CAVER
T-10792