IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENELL CAVER,<br><br>    Plaintiff,<br><br>  v.<br><br>E. CORTER, et al.,<br><br>    Defendants. | No. 2:23-CV-0018-WBS-DMC-P<br><br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' request for clarification, ECF No. 20. Defendants seek clarification of the Court's July 25, 2023, order finding service appropriate. In the July 25, 2023, order, the Court found that Plaintiff's complaint was appropriate for service "as to his Eighth Amendment excessive force claims against all named defendants." ECF No. 11. The Court will grant Defendants' request for clarification and does hereby clarify the July 25, 2023, order to indicate that service is appropriate as to all of Plaintiff's Eighth Amendment claims, both based on excessive force and failure to intervene, against all named Defendants.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' request for clarification ECF No. 20, is GRANTED.

2. The Court's July 25, 2023, order is clarified insofar as the Court finds service of Plaintiff's original complaint appropriate as to Plaintiff's Eighth Amendment claims, both based on excessive force and failure to intervene, as against all defendants.

3. Defendants may file an amended answer within 20 days of the date of this order.

4. The Clerk of the Court is directed to terminate ECF No. 20 as a pending motion.

Dated:  December 4, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE