IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENELL CAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>E. CORTER, et al.,<br><br>    Defendants. | No. 2:23-CV-0018-WBS-DMC-P<br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to opt-out of the Court's Early Alternative Dispute Resolution (ADR) program. See ECF No. 26. Good cause appearing therefor, Plaintiff's motion will be granted, and the Court will lift the stay of proceedings imposed on January 12, 2024. By separate order, the Court will set a schedule for this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to opt-out of the Court's Early ADR program, ECF No. 26, is GRANTED.

2. The stay of proceedings imposed on January 12, 2024, is LIFTED.

Dated: February 8, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE