IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENELL CAVER,<br><br>    Plaintiff,<br><br>  v.<br><br>E. CORTER, et al.,<br><br>    Defendants. | No. 2:23-CV-0018-WBS-DMC-P<br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion to stay fact-based discovery and vacate the current schedule pending resolution of Defendants' motion for summary judgment based on exhaustion.  <u>See</u> ECF No. 33.  Plaintiff has not filed an opposition.

       Good cause appearing therefor, Defendants' unopposed motion will be granted.  The Court will stay discovery and vacate the current schedule pending resolution of Defendants' motion for summary judgment, which is now fully briefed.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to stay discovery and vacate the schedule for this case, ECF No. 33, is GRANTED.

2. Fact-based discovery is STAYED.

3. The schedule issued on February 8, 2024, is VACATED pending resolution of Defendants' motion for summary judgment.

Dated: August 15, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE