IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENELL CAVER,**<br><br>         Plaintiff,<br><br>    v.<br><br>**CORTER, et al.,**<br><br>         Defendants. | Case No. 2:23-cv-0018-WBS-DMC-P<br><br>**ORDER** |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' motion for administrative relief regarding their objections to the Court's findings and recommendations is GRANTED. Defendants have until April 17, 2025, to file their objections thereto.

Dated:  March 18, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE